IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>FUNDS, CREDITS, AND VIRTUAL )<br>CURRENCIES IN THE BINANCE )<br>ACCOUNT NO. 441821123 WHICH )<br>CONTAINS BITCOIN ADDRESS )<br>bclqux8j0yytm0rt87p7sa4x997de8kfdqynanykxm, )<br>  )<br>  )<br>Defendant. )<br>  ) | Case No.:<br>Judge |

## APPLICATION FOR SUMMONS AND WARRANT OF ARREST *IN REM*

The United States of America respectfully requests that the Clerk of this Court issue the attached Summons and Warrant of Arrest *In Rem* pursuant to Supplemental Rule G(3)(b)(i) of the Federal Rules of Civil Procedure.

1. On December 5, 2022, the United States filed a Verified Complaint *In Rem* for civil forfeiture in the above-referenced case. The complaint seeks forfeiture of funds, credits, and virtual currencies in the Binance Account No. 441821123 which contains Bitcoin address bclqux8j0yytm0rt87p7sa4x997de8kfdqynanykxm ("defendant property").

2. The defendant property is in the custody of the United States Secret Service, which obtained custody on July 8, 2022.

3. Supplemental Rule G(3)(b)(i) provides that if property is subject to forfeiture in a civil forfeiture case, and the property is in the Government's possession, custody or control, the clerk "must issue a warrant to arrest the property."

1

The United States respectfully requests that the Clerk of the Court issue the attached Summons and Warrant of Arrest *In Rem*.

Respectfully submitted,

MARK H. WILDASIN
United States Attorney for the
Middle District of Tennessee


By: s/ J. Matthew Blackburn
J. MATTHEW BLACKBURN (BPR 027105)
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151
Email   matt.blackburn@usdoj.gov