IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FUNDS, CREDITS, AND VIRTUAL ) <br> CURRENCIES IN THE BINANCE ) <br> ACCOUNT NO. 441821123 WHICH ) <br> CONTAINS BITCOIN ADDRESS ) <br> bclqux8j0yytm0rt87p7sa4x997de8kfdqynanykxm, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 3:22-cv-0982 <br> Judge |

## SUMMONS AND WARRANT FOR ARREST *IN REM*

TO:   THE UNITED STATES SECRET SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER

On December 5, 2022, the United States of America filed a Verified Complaint *In Rem* for civil forfeiture in the United States District Court for the Middle District of Tennessee, Nashville Division against the above-named defendant Property, alleging that said property is subject to seizure and civil forfeiture to the United States for the reasons stated in the above referenced complaint.

The defendant property is currently in the possession, custody or control of the United States.

In these circumstances Supplemental Rule G(3)(b)(i) directs the Clerk of the Court to issue an arrest warrant *in rem* for the arrest of the defendant property.

Supplemental Rule G(3)(c) provides that the warrant of arrest *in rem* must be delivered to

a person or organization authorized to execute it.

NOW THEREFORE you are hereby commanded to arrest the above-named defendant Property by serving a copy of this warrant on the custodian in whose possession, custody or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

Dated: 12/5/2022



Clerk of the Court
United States District Court

By: /s/ Kim Chaox
Deputy Clerk